UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-62207-CIV-SEITZ/SIMONTON

EDWARD COLLINS, etc.,

    Plaintiffs,

vs.

UDL LABORATORIES, INC., et al.,

    Defendants.
_____/

## ORDER GRANTING MOTION TO DISMISS

THIS MATTER is before the Court following the April 6, 2011 Hearing and Case Management Conference. The Court has considered the well-taken points raised in Defendants' Motion to Dismiss [DE 28] the Amended Complaint [DE 21], the oral argument heard by the United States Supreme Court in *PLIVA, Inc. v. Mensing*, and the need to conduct this case in a cost-effective manner consistent with Rule 1 of the Federal Rules of Civil Procedure. For the reasons discussed at the hearing, it is hereby

ORDERED that

(1) Defendants' Motion to Dismiss the Amended Complaint [DE 28] is GRANTED. Plaintiff's Amended Complaint [DE 21] is DISMISSED WITHOUT PREJUDICE as to Counts I, II, III, V, and VI. Count IV for Negligence *Per Se* is DISMISSED WITH PREJUDICE.

(2) Plaintiff shall file a Second Amended Complaint no later than **April 18, 2011**.

(3) The parties shall file a revised case management plan no later than **April 11, 2011**.

DONE AND ORDERED in Miami, Florida, this 6th day of April, 2011.

                                                PATRICIA A. SEITZ
                                                UNITED STATES DISTRICT JUDGE

cc:    Judge Simonton
        All counsel of record